**UNITED STATES DISTRICT COURT**            **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| KENNETH HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:24-CV-22 |
| | § | |
| SERGEANT WILLIAM, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Kenneth Hernandez, a prisoner previously confined at the Gib Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Sergeant William, Captain Easter, and Major Johnson.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On June 28, 2026, the magistrate judge recommended dismissing the claims against Defendants Easter and Johnson pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim. To date, the parties have not filed objections to the report and recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#21) is **ADOPTED**. Defendants Easter and Johnson are **DISMISSED** from this action.

SIGNED at Beaumont, Texas, this 11th day of March, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE